# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DARROL BRUCE BROWN

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2019 CW 1110

**SEPTEMBER 17, 2019**

---

In Re:     Darrol Bruce Brown, applying for supervisory writs,
           19th Judicial District Court, Parish of East Baton
           Rouge, No. 667319.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.** The July 26, 2019 judgment dismissing relator's petition for judicial review with prejudice is a final appealable judgment. See La. R.S. 15:1177(A)(10). An appeal of a final judgment is taken by filing a motion for appeal in the district court, along with an order for the judge's signature showing the return date of the appeal, within the delays set out in La. Code Civ. P. art. 2087. The deadline for filing such a motion with the district court herein is October 8, 2019. Filing documents directly with this court does not suspend the running of the appeal delays. **Strickland v. Layrisson**, 96-1280 (La. App. 1st Cir. 6/20/97), 696 So.2d 621, 624, writ denied, 97-1940 (La. 11/14/97), 704 So.2d 228.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
          DEPUTY CLERK OF COURT
              FOR THE COURT